## MOORE, COMMISSIONER OF PATENTS, *v.* UNITED STATES EX REL. NEWCOMB MOTOR COMPANY.

### ERROR TO THE COURT OF APPEALS OF THE DISTRICT OF COLUMBIA.

No. 115.   Argued March 1, 2, 1910.—Decided March 7, 1910.

A writ of error to the Court of Appeals of the District of Columbia dismissed for want of jurisdiction without opinion on the authority of *Frasch* v. *Moore*, 211 U. S. 1, and other cases cited.

Writ of error to review 33 App. D. C. 597, dismissed.

*Mr. Frederick P. Fish* and *Mr. Melville Church*, with whom *Mr. Albert G. Davis* was on the brief, for plaintiff in error.

*Mr. Robert N. Kenyon*, with whom *Mr. Walter F. Rogers* and *Mr. Charles H. Duell* were on the brief, for defendant in error.

*Per Curiam.* The writ of error is dismissed for want of jurisdiction. *Frasch* v. *Moore*, 211 U. S. 1; *Rousseau* v. *Browne*, 21 App. D. C. 73, 80; *Johnson* v. *Mueser*, 212 U. S. 284; *Atkins* v. *Moore*, 212 U. S. 285; *Gaines* v. *Knecht*, 212 U. S. 561; *Same* v. *Same*, 27 App. D. C. 530, 532; *Taylor* v. *Taft*, 203 U. S. 461; *United States* v. *Lynch*, 137 U. S. 280; *Baltimore & Potomac R. R. Co.* v. *Hopkins*, 130 U. S. 210, 226. The application for certiorari is also denied.